IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALFRED HAROLD ROSSMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:24-CV-203-RP |
| APPLIED MATERIALS, INC., | § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Applied Materials, Inc.'s ("Defendant") Motion to Compel Arbitration and Stay Proceedings. (Dkt. 8). The motion was referred to United States Magistrate Judge Susan Hightower for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Judge Hightower filed her report and recommendation on October 8, 2024. (Dkt. 18). Judge Hightower recommends granting Defendant's motion to compel and staying proceedings during arbitration. (*Id.* at 14). Plaintiff filed objections to the report and recommendation. (Dkt. 23).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

1

Accordingly, **IT IS ORDERED** that the report and recommendation of United States Magistrate Judge Susan Hightower, (Dkt. 18), is **ADOPTED**. Defendant's Motion to Compel Arbitration and Stay Proceedings, (Dkt. 8), is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **STAYED** pending arbitration. The parties shall file a joint status reports detailing the status of the arbitration proceedings on **April 9, 2025**, and every **120 days** thereafter.

**SIGNED** on December 9, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE